ACCEPTED
03-13-00025-CV
6591587
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 6:01:19 PM
JEFFREY D. KYLE
CLERK

## The Chimene Law Firm

2827 Linkwood Dr.
Houston, TX 77025
michele@jjmail.net

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 6:01:19 PM
JEFFREY D. KYLE
Clerk

August 19, 2015

Hon. Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

  Re: Case No. 03-13-00025-CV; *Jerry Scarbrough, Melissa Deaton and Denise Steel*; On Appeal to the Third Court of Appeals

Dear Sir:

  In Response to the Court's letter setting oral argument for Oct 22nd, please be advised that all three appellants will appear to argue in Belton, Texas, and their counsel, Michele Barber Chimene will argue for all three.

  Respectfully,
  /s/ MB CHIMENE

  Michele Barber Chimene

cc:

Mr. Daryl L. Moore
1005 Heights Blvd.
Houston, TX. 77008

Mr. Jack R. Crews
15 North Main St.
Temple, TX. 76501